**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIVEWIRE ERGOGENICS, INC. and
BILL HODSON,

                    Petitioner,                    22 **CIVIL** 2382 (LJL)

        -against-                              **JUDGMENT**

JS BARKATS PLLC,
                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated December 9, 2022, the motion to confirm the arbitration award is GRANTED.

**Dated**: New York, New York
        December 12, 2022

                                                                  **RUBY J. KRAJICK**
                                                               _____
                                                                **Clerk of Court**
                         **BY:**                  *K. Mango*
                                                                _____
                                                                **Deputy Clerk**